FILED

03/30/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0691

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0691

CLAIMANT: State of Montana Board of Land Commissioners,
Appellee,

OBJECTOR: Christene E. Wagner,
Appellant,

COUNTEROBJECTORS: Chad J. Armstrong; Trista L. Armstrong

**ORDER**

_____

In consideration of the unopposed motion by Appellant for an extension of time for filing the reply brief and good cause appearing therefore,

IT IS ORDERED that the motion is GRANTED. Appellant has until June 2, 2023, to file the reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 30 2023